# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1233
_____

JOSEPH MICHAEL DAVIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

January 2, 2025

PER CURIAM.

Because the lower tribunal has ruled on Petitioner's motion to transcribe hearing, the Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022); *Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

ROWE, RAY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Joseph Michael Davis, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.